Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Celeste Bacchi
Assistant Federal Public Defender
California State Bar No. 307119
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Celeste_Bacchi@fd.org

*Attorney for Petitioner Israel Antonio Gaitan Coreas

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Israel Antonio Gaitan Coreas,

     Petitioner,

    v.

Kristi Noem, *et al.*,

     Respondents.

Case No. 2:26-cv-00591-GMN-DJA

**Order Granting Motion for Extension of Briefing Deadlines**

Petitioner Israel Antonio Gaitan Coreas hereby requests that this Court extend the filing deadline for Petitioner's amended petition for writ of habeas corpus by seven days, to March 20, 2026. This is Petitioner's first request for an extension of time.

On March 3, 2026, this Court issued an order establishing a briefing schedule in this matter. ECF No. 3. Pursuant to this schedule, the deadline for filing an amended petition for writ of habeas corpus is March 13, 2026, with the response due seven days from the filing of the amended petition and Petitioner's reply due seven days from the filing of the response. *Id.* at 2-3.

Counsel for Petitioner entered her appearance on March 6, 2026. ECF No. 6. Counsel was not able to meet with Petitioner until March 10, 2026, and needs to speak with him again before filing the amended petition. Additionally, counsel requires additional time to adequately research and brief the issues presented in Petitioner's case.

On March 11, 2026, Petitioner's counsel emailed Respondent's counsel, Virginia T. Tomova, requesting her position on a seven-day extension of time for filing the amended petition. On March 12, 2026, Petitioner's counsel called and left a voicemail for Ms. Tomova asking for her position on this requested extension of time. At the time of filing this motion, Ms. Bacchi has not received a response to either her email or telephone call.

Accordingly, Petitioner respectfully requests that the Court grant Petitioner's motion and extend the filing deadline for the amended habeas petition by seven days, to March 20, 2026. This request is made in good faith and not for the purpose of delay.

Dated March 12, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Celeste Bacchi
Celeste Bacchi
Assistant Federal Public Defender

**IT IS HEREBY ORDERED** that Petitioner must file an Amended Petition no later than March 20, 2026.

**DATED** this __13__ day of March, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2